UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IVANNA HILL

            Plaintiff,

                                             Case No. 0:10-cv-61301-CMA

v.

NCO FINANCIAL SYSTEMS, INC.,

            Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Ivanna Hill, and defendant, NCO Financial Systems, Inc., ("NCO"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against NCO with each side to bear its own fees and costs.

Dated, this 6th day of August, 2010.

| | |
|---|---|
| /s/Andrew I. Glenn | /s/Kenneth C. Grace |
| Andrew I. Glenn, Esq. | Kenneth C. Grace, Esq. |
| Card & Glenn, P.A. | Sessions, Fishman, Nathan & Israel, LLC |
| 2501 Hollywood Blvd., Ste. 100 | 3350 Buschwood Park Drive, Ste. 195 |
| Hollywood, Florida 33020 | Tampa, Florida 33618 |
| Telephone: (954) 921-9994 | Telephone: (813) 890-2463 |
| | |
| Counsel for Plaintiff, | Counsel for Defendant, |
| Ivanna Hill | NCO Financial Systems, Inc. |

\\sfnfs02\prolawdocs\6947\6947-26277\Hill, Ivanna\166941.doc